**STATE v. HUGGINS**

[367 N.C. 203 (2013)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | Iredell County |
| | ) | |
| WILLIAM M. HUGGINS | ) | |

No. 459P00-3

## ORDER

Defendant's petition for writ of mandamus is denied. This case is remanded to the trial court for determination of whether defendant has received appointed counsel and, if not, for a determination of whether the Appellate Defender should be appointed as counsel for defendant to determine the merit of filing a Petition for Writ of Certiorari with the Court of Appeals.

By order of the Court in conference, this the 29th of August 2013.

s/ Beasley, J.
For the Court